**B9A** (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)     Case Number **11–20320–tnw**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/10/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) name(s) and address, including all other names used by the debtor(s) in the last 8 years (married, maiden, and trade names):
Tamala Jo Reno
aka Tamala Rocklin
6 Sassafrass Lane
Florence, KY 41042

| | |
|---|---|
| Case Number:<br>11–20320–tnw | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–3063 |
| Attorney for Debtor(s) (name and address):<br>Alexander F Edmondson<br>28 W 5th St<br>Covington, KY 41011–1453<br>Telephone number: (859) 491–5551 | Bankruptcy Trustee (name and address):<br>Lori A Schlarman<br>PO Box 387<br>Hebron, KY 41048<br>Telephone number: (859) 586–1526 |

### Meeting of Creditors

**Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.**

Date: **March 9, 2011**                 Time: **03:20 PM**
Location: **US Courthouse, 1st Fl #178, 35 W 5th St, Covington, KY 41011**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:

Documents must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 5/9/11**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>PO Box 1111<br>Lexington, KY 40588–1111<br>Telephone number: (859)233–2608 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jerry D Truitt |
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: 2/11/11 |

**Case information 24 hours per day: VCIS 1–866–222–8029**
**Visit our website at www.kyeb.uscourts.gov for more information.**

**EXPLANATIONS**  B9A (Official Form 9A) (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>Failure of the debtor(s) or the attorney for the debtor(s) to attend this meeting, without an order being entered sustaining a motion to continue, will result in a motion to dismiss the within case being filed. Failure of the debtor(s) to comply with the Order to Debtor entered on the same date as this notice, will result in a motion to dismiss the within case being filed. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all documents filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee | The trustee named on the front side is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond. The trustee may give notice of intent to abandon property of the debtor(s) at the scheduled § 341 meeting. |

––**Refer to Other side for Important Deadlines and Notices** ––

# CERTIFICATE OF NOTICE

```
District/off: 0643-2           User: valeriet                Page 1 of 2                   Date Rcvd: Feb 11, 2011
Case: 11-20320                 Form ID: b9an                 Total Noticed: 38

The following entities were noticed by first class mail on Feb 13, 2011.
db          +Tamala Jo Reno,    6 Sassafrass Lane,    Florence, KY 41042-9092
aty         +Alexander F Edmondson,    28 W 5th St,   Covington, KY 41011-1402
4463903     +ACB AMERICAN,    P.O. BOX 2548,    CINCINNATI OH 45201-2500
4463904      ANTHONY ROCKLIN,    2122 PACORA DR.,    CINCINNATI OH 45231
4463905      BANK OF AMERICA,    450 AMERICAN ST,    SIMI VALLEY CA 93065-6285
4463908      CHASE,    P.O. BOX 9001871,    LOUISVILLE KY 40290-1871
4463910     +CINTEL FEDERAL CREDIT UNION,     617 VINE ST. STE 600,    CINCINNATI OH 45202-2416
4463911      COMPUTER CREDIT INC.,    640 WEST FOURTH ST.,    P.O. BOX 5238,    WINSTON SALEM NC 27113-5238
4463912     +CONTROLLED CREDIT CORP.,    3687 WARSAW AVE.,    CINCINNATI OH 45205-1744
4463913     +CREDIT SOLUTIONS LLC,    2277 THUNDERSTICK STE 400,    LEXINGTON KY 40505-9002
4463914      DIVERSIFIED ADJUSTMENTS,    600 COON RAPIDS BLVD NW,    MINNEAPOLIS MN 55433-5549
4463915     +EDWARD S. MONOHAN,    P.O. BOX 6143,    FLORENCE KY 41022-6143
4463920      KENTUCKY HIGHER EDUCATION,    P.O. BOX 24328,    LOUISVILLE KY 40224-0328
4463922     +LERNER SAMPSON & ROTHFUSS,    ATTN: STEPHANIE A. MAGUIRE,    120 EAST FOURTH ST 8TH FLOOR,
              CINCINNATI OH 45202-4099
4463923     +MEGAN MAXFIELD,    207 THOMAS MORE PARKWAY,    CRESTVIEW HILLS KY 41017-3423
4463924     +PATIENT FIRST PHYSICIANS  GROUP,    334 THOMAS MORE PKWY SUITE 200,
              CRESTVIEW HILLS KY 41017-3496
4463925      RADIOLOGY ASSOCIATES OF NORTHERN KY,     170 BARNWOOD DR.,    P.O. BOX 17630,
              EDGEWOOD KY 41017-0630
4463926      SADDLEBROOK FARMS HOMEOWNER'S ASSOC,     PO BOX 633717,    CINCINNATI OH 45263-3717
4463928     +SPORTS OF ALL SORTS,    10094 INVESTMENT WAY,    FLORENCE KY 41042-4797
4463929      ST ELIZABETH HEALTHCARE,    PO BOX 630808,    CINCINNATI OH 45263-0808
4463930     +ST ELIZABETH PHYSICIANS,    PO BOX 635283,    CINCINNATI OH 45263-5283
4463931      ST ELIZABETH PHYSCIANS SERVICES,    PO BOX 636324,    CINCINNATI OH 45263-6324
4463932     +STUDENT LOAN PEOPLE,    P.O. BOX 24266,    LOUISVILLE KY 40224-0266
4463934      TRI-STATE DIGESTIVE DISORDER,    P.O. BOX 12334,    COVINGTON KY 41012-0334
4463935     +TRI-STATE GASTROENTEROLOGY ASSOC.,     DEPT # L112,    CINCINNATI OH 45270-0001
4463936      VALUE CITY FURNITURE,    PO BOX 182789,    COLUMBUS OH 43218-2789
4463937      WFNNB  DRESS BARN,    PO BOX 182789,    COLUMBUS OH 43218-2789

The following entities were noticed by electronic transmission on Feb 11, 2011.
tr          +EDI: BLASCHLARMAN.COM Feb 11 2011 18:53:00      Lori A Schlarman,    PO Box 387,
              Hebron, KY 41048-0387
4463906      EDI: CBCSI.COM Feb 11 2011 18:58:00      CBCS,    P.O. BOX 165025,    COLUMBUS OH 43216-5025
4463909     +E-mail/Text: BANKRUPTCY@CINBELL.COM                            CINCINNATI BELL WIRELESS,
              221 E 4TH ST. #103-710,    CINCINNATI OH 45202-4124
4463913     +E-mail/Text: carrie@cs-llc.com                            CREDIT SOLUTIONS LLC,
              2277 THUNDERSTICK STE 400,    LEXINGTON KY 40505-9002
4463916      EDI: FORD.COM Feb 11 2011 18:58:00      FORD CREDIT,    P.O. BOX 790093,
              SAINT LOUIS MO 63179-0093
4463917      EDI: RMSC.COM Feb 11 2011 18:53:00      GEMB LOWES,    PO BOX 981400,    C811,
              EL PASO TX 79998-1400
4463918      EDI: RMSC.COM Feb 11 2011 18:53:00      GEMB THOMASVILLE,    PO BOX 981439,    EL PASO TX 79998-1439
4463919     +EDI: RMSC.COM Feb 11 2011 18:53:00      GEMB WALMART,    PO BOX 981400,    EL PASO TX 79998-1400
4463907      EDI: IRS.COM Feb 11 2011 18:53:00      CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114
4463921     +EDI: CBSKOHLS.COM Feb 11 2011 18:53:00      KOHL'S CHASE,    N56W17000 RIDGEWOOD DR,
              MENOMONEE FALLS WI 53051-7096
4463927      EDI: SEARS.COM Feb 11 2011 18:53:00      SEARS CITIBANK,    8725 W SAHARA AVE,
              THE LAKES NV 89163-0001
4463933      EDI: WTRRNBANK.COM Feb 11 2011 18:53:00      TARGET NATIONAL BANK,    PO BOX 673,
              MINNEAPOLIS MN 55440-0673
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0643-2           User: valeriet            Page 2 of 2                Date Rcvd: Feb 11, 2011
Case: 11-20320                 Form ID: b9an             Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2011**                              **Signature:** _Joseph Speetjens_