United States Bankruptcy Court
Eastern District of Kentucky

In re:                                                                  Case No. 11-20320-tnw
Tamala Jo Reno                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0643-2          User: lonormim              Page 1 of 2          Date Rcvd: May 26, 2011
                              Form ID: B18               Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2011.
```
db         +Tamala Jo Reno,    6 Sassafrass Lane,    Florence, KY 41042-9092
4463903    +ACB AMERICAN,    P.O. BOX 2548,    CINCINNATI OH 45201-2500
4463904     ANTHONY ROCKLIN,    2122 PACORA DR.,    CINCINNATI OH 45231
4463905     BANK OF AMERICA,    450 AMERICAN ST,    SIMI VALLEY CA 93065-6285
4463908     CHASE,   P.O. BOX 9001871,    LOUISVILLE KY 40290-1871
4480794    +CHASE HOME FINANCE, LLC,    3415 VISION DRIVE,    COLUMBUS, OH 43219-6009
4463910    +CINTEL FEDERAL CREDIT UNION,    617 VINE ST. STE 600,    CINCINNATI OH 45202-2416
4463911     COMPUTER CREDIT INC.,    640 WEST FOURTH ST.,    P.O. BOX 5238,    WINSTON SALEM NC 27113-5238
4463912    +CONTROLLED CREDIT CORP.,    3687 WARSAW AVE.,    CINCINNATI OH 45205-1744
4463914     DIVERSIFIED ADJUSTMENTS,    600 COON RAPIDS BLVD NW,    MINNEAPOLIS MN 55433-5549
4463915    +EDWARD S. MONOHAN,    P.O. BOX 6143,    FLORENCE KY 41022-6143
4559184     JPMORGAN CHASE BANK, N.A.,    CHASE RECORDS CENTER,    MAIL CODE LA4-5555 - 700 KANSAS LANE,
             MONROE, LA 71203
4463920     KENTUCKY HIGHER EDUCATION,    P.O. BOX 24328,    LOUISVILLE KY 40224-0328
4463922    +LERNER SAMPSON & ROTHFUSS,    ATTN: STEPHANIE A. MAGUIRE,    120 EAST FOURTH ST 8TH FLOOR,
             CINCINNATI OH 45202-4099
4463923    +MEGAN MAXFIELD,    207 THOMAS MORE PARKWAY,    CRESTVIEW HILLS KY 41017-3423
4463924    +PATIENT FIRST PHYSICIANS GROUP,    334 THOMAS MORE PKWY SUITE 200,
             CRESTVIEW HILLS KY 41017-3496
4463925     RADIOLOGY ASSOCIATES OF NORTHERN KY,    170 BARNWOOD DR.,    P.O. BOX 17630,
             EDGEWOOD KY 41017-0630
4463926     SADDLEBROOK FARMS HOMEOWNER'S ASSOC,    PO BOX 633717,    CINCINNATI OH 45263-3717
4463928    +SPORTS OF ALL SORTS,    10094 INVESTMENT WAY,    FLORENCE KY 41042-4797
4463929     ST ELIZABETH HEALTHCARE,    PO BOX 630808,    CINCINNATI OH 45263-0808
4463930    +ST ELIZABETH PHYSCIANS,    PO BOX 635283,    CINCINNATI OH 45263-5283
4463931     ST ELIZABETH PHYSICIANS SERVICES,    PO BOX 636324,    CINCINNATI OH 45263-6324
4463932    +STUDENT LOAN PEOPLE,    P.O. BOX 24266,    LOUISVILLE KY 40224-0266
4463934     TRI-STATE DIGESTIVE DISORDER,    P.O. BOX 12334,    COVINGTON KY 41012-0334
4463935    +TRI-STATE GASTROENTEROLOGY ASSOC.,    DEPT # L112,    CINCINNATI OH 45270-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4463906     EDI: CBCSI.COM May 26 2011 22:38:00     CBCS,   P.O. BOX 165025,    COLUMBUS OH 43216-5025
4463909    +E-mail/Text: BANKRUPTCY@CINBELL.COM May 26 2011 22:36:12     CINCINNATI BELL WIRELESS,
             221 E 4TH ST. #103-710,    CINCINNATI OH 45202-4124
4463913    +E-mail/Text: Sharon@cs-llc.com May 26 2011 22:37:04     CREDIT SOLUTIONS LLC,
             2277 THUNDERSTICK STE 400,    LEXINGTON KY 40505-9002
4463916     EDI: FORD.COM May 26 2011 22:38:00     FORD CREDIT,   P.O. BOX 790093,
             SAINT LOUIS MO 63179-0093
4468710     EDI: FORD.COM May 26 2011 22:38:00     FORD MOTOR CREDIT COMPANY LLC,    DEPT 55953,
             P O BOX 55000,    DETROIT MI 48255-0953
4471953    +EDI: FORD.COM May 26 2011 22:38:00     FORD MOTOR CREDIT COMPANY, LLC,    PO BOX 6275,
             DEARBORN MI 48121-6275
4463917     EDI: RMSC.COM May 26 2011 22:38:00     GEMB LOWES,   PO BOX 981400,    C811,
             EL PASO TX 79998-1400
4463918     EDI: RMSC.COM May 26 2011 22:38:00     GEMB THOMASVILLE,    PO BOX 981439,    EL PASO TX 79998-1439
4463919    +EDI: RMSC.COM May 26 2011 22:38:00     GEMB WALMART,    PO BOX 981400,    EL PASO TX 79998-1400
4463907     EDI: IRS.COM May 26 2011 22:38:00     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114
4463921    +EDI: CBSKOHLS.COM May 26 2011 22:38:00     KOHL'S CHASE,    N56W17000 RIDGEWOOD DR,
             MENOMONEE FALLS WI 53051-7096
4463927     EDI: SEARS.COM May 26 2011 22:38:00     SEARS CITIBANK,    8725 W SAHARA AVE,
             THE LAKES NV 89163-0001
4463933     EDI: WTRRNBANK.COM May 26 2011 22:38:00     TARGET NATIONAL BANK,    PO BOX 673,
             MINNEAPOLIS MN 55440-0673
4463936     EDI: WFNNB.COM May 26 2011 22:38:00     VALUE CITY FURNITURE,    PO BOX 182789,
             COLUMBUS OH 43218-2789
4463937     EDI: WFNNB.COM May 26 2011 22:38:00     WFNNB DRESS BARN,    PO BOX 182789,
             COLUMBUS OH 43218-2789
                                                                                               TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0643-2          User: lonormim            Page 2 of 2                   Date Rcvd: May 26, 2011
                              Form ID: B18              Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 28, 2011**          **Signature:** _/s/ Joseph Speetjens_

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## Covington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

In Re: Tamala Jo Reno

    6 Sassafrass Lane
    Florence, KY 41042

aka/dba: Tamala Rocklin

SSN/TID: xxx–xx–3063

Debtor(s)

{ Case Number: 11–20320–tnw
{
{ Chapter: 7

## DISCHARGE OF DEBTOR IN A CHAPTER 7 CASE

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** the debtor is granted a discharge under section 727 of title 11, United States Code, (The Bankruptcy Code).

By the court –

Dated: 5/26/11

/s/Tracey N. Wise
Tracey N. Wise
U.S. Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**